UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOHNNY SWANK                                        CIVIL ACTION

VERSUS                                              NO. 11-2677

ROBERT C. TANNER                                    SECTION "A"(3)

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and plaintiff's failure to object to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Accordingly,

**IT IS ORDERED** that Defendant's **Motion to Dismiss, Motion for More Definite Statement (Rec. Doc. 7)**, be **DENIED**.

A party's failure to file written objections to the proposed findings, conclusions, and recommendation in a magistrate judge's report and recommendation within fourteen (14) days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will result from a failure to object. 28 U.S.C. § 636(b)(1); Douglass v. United Services Auto. Ass'n, 79 F.3d 1415,

1430 (5th Cir. 1996) (en banc).[1]

This 29th of March, 2012.

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE

---

[1]Douglass referenced the previously applicable ten-day period for the filing of objections.  Effective December 1, 2009, 28 U.S.C. § 636(b)(1) was amended to extend that period to fourteen days.